1  BONONI LAW GROUP, LLP
   William S. Waldo (State Bar No. 073973)
2  Peter C. Flanderka (State Bar No. 144538)
   915 Wilshire Boulevard, Suite 1950
3  Los Angeles, California 90017
   Telephone:   (213) 553-9200
4  Facsimile:   (213) 553-9215          JS - 6

5  Attorneys for Defendants
   Univar USA, Inc. and Lorine Mortensen
6
   WEIDMANN & YUN PC
7  Edward Yun (State Bar No. 258245)
   1880 Century Park East, Suite 817
8  Los Angeles, Ca 90067
   Telephone:   (310) 201-9699
9  Facsimile:   (310) 201-9698

10 Attorneys for Plaintiff
   Tamara Gardenhi
11

12
                    UNITED STATES DISTRICT COURT
13
                  CENTRAL DISTRICT OF CALIFORNIA
14

15 TAMARA GARDENHI,               )  **Case No. CV10-1246 RGK (JCx)**
                                  )
16          Plaintiff,            )
                                  )
17     vs.                        )  [~~PROPOSED~~] **ORDER ON**
                                  )  **STIPULATION FOR DISMISSAL**
18 UNIVAR USA, INC., LORI         )  **WITH PREJUDICE**
   MORTENSEN and DOES 1to 100,    )
19 inclusive,                     )
                                  )
20          Defendants.           )  **[F.R.C.P. 41(a)(1)]**
                                  )
21 _____ )

22

23

24

25

26

27

28
   _____

# ORDER

The Court, having reviewed the Stipulation For Dismissal With Prejudice ("Stipulation") of Plaintiff Tamara Gardenhi, on the one hand, and Defendants Univar USA Inc. and Lorine Mortensen, on the other hand, and good cause appearing.

**IT IS ORDERED THAT**:

The Stipulation is approved and the order to dismiss the case with prejudice is granted. Each side is also ordered to bear her or its own attorneys fees and costs.


DATED: July 22, 2011          By: _____

                                   Hon. Gary R. Klausner
                                   United States District Judge


Approved As To Form:

By: _____
    Peter C. Flanderka

Attorneys for Defendants
Univar USA Inc. and Lorine
Mortensen


By:_____
   Edward Yun

Attorneys for Plaintiff
Tamara Gardenhi